

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00199-CV

| | | |
|---|---|---|
| Tri-County Electric Cooperative, Inc. | § | From the 43rd District Court |
| v. | § | of Parker County (CV10-1865) |
| | § | February 11, 2016 |
| GTE Southwest Incorporated d/b/a Verizon Southwest | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part.

We affirm that part of the trial court's judgment that granted summary judgment for GTE Southwest Incorporated d/b/a Verizon Southwest as to Tri-County Electric Cooperative, Inc.'s exemplary damages claim. We reverse the remainder of the summary judgment in favor of Verizon. We further reverse the trial court's denial of Tri-County's motion for partial summary judgment in part and render an order that (a) after termination of the Joint Use Agreement, Verizon became a holdover tenant and (b) Tri-County had the right to demand removal of Verizon's attachments to its joint use poles as of the termination date. We affirm the trial court's denial of the remainder of Tri-County's motion for

partial summary judgment. We remand the case for further proceedings consistent with this opinion.

It is further ordered that Verizon pay eighty percent of the costs of this appeal, and that Tri-County pay twenty percent of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
Chief Justice Terrie Livingston